IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

REGINALD H. CULVER, individually, *et al.*,

        Plaintiffs,

vs.

LITHIA MOTORS INC., *et al.*,                      Civ. No. 15-669 MCA/SCY

        Defendants.

and

LITHIA REAL ESTATE, INC.,

        Counterclaimant/Third-Party Plaintiff,

vs.

REGINALD CULVER, as trustee of the
CULVER REVOCABLE TRUST;
FRANK CULVER, as successor trustee of the
CULVER REVOCABLE TRUST,

        Counterdefendants/Third Party-Defendants.

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S PROPOSED FINDINGS**
**AND RECOMMENDED DISPOSTION**

      This matter is before the Court upon Movant's *Objections to Proposed Findings and Recommended Disposition* [Doc. 88] and Lithia Real Estate, Inc.'s *Objection to Magistrate's Proposed Findings and Disposition Regarding Plaintiff's Motion to Amend*

1

*Complaint* [Doc. 89]. The Court has considered the written submissions of the parties, the record in this case and the applicable law, and is otherwise fully advised.

Having made a de novo review of those portions of the *Proposed Findings and Recommended Disposition* to which objections have been made, 28 U.S.C. § 636(b)(1), the Court finds itself in agreement with the Magistrate Judge's detailed and closely reasoned *Proposed Findings and Recommended Disposition*.

**WHEREFORE, IT HEREBY IS ORDERED** that Defendants' *Objections* are overruled and that the Magistrate Judge's *Proposed Findings and Recommended Disposition* [Doc. 85] are adopted as the decision of the Court;

**IT FURTHER IS ORDERED** that Plaintiff's *Motion to File First Amended Complaint* [Doc. 14] is **granted**;

**IT FURTHER IS ORDERED** Movant's *Motion for Protective Order or to Stay Deposition, to Unseal the Pleadings, to Allow Access to Discovery Documents, and for an Award of Fees and Expenses* [Doc. 54] is **denied**; and

**IT FURTHER IS ORDERED** that pursuant to 28 U.S.C.§§ 1447(c) and (e) this case is **remanded** to the First Judicial District Court of New Mexico whence it was removed.

So ordered this 18th day of July, 2016.

_____
M. CHRISTINA ARMIJO
Chief United States District Judge